# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AISHA INISE BELL,<br>    Plaintiff,<br>v.<br>WALMART INC.,<br>    Defendant. | Case No.: 2:21-cv-01557-GMN-NJK<br>**Order** |

  Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case.  Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c).  Plaintiff Aisha Bell failed to file a certificate of interested parties.  Accordingly, Plaintiff must file a certificate of interested parties no later than September 3, 2021.

  IT IS SO ORDERED.

  Dated: September 1, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE