UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AISHA INISE BELL,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC., et al.,<br><br>    Defendants. | Case No.: 2:21-cv-01557-GMN-NJK<br><br>**Order**<br><br>[Docket No. 9] |

    Pending before the Court is the parties' proposed discovery plan. Docket No. 9. The discovery plan seeks a 270-day discovery period, which is 50% greater than the presumptively reasonable discovery period. *Compare id.* at 2 *with* Local Rule 26-1(b)(1). That request is supported by the assertion that a longer period is needed due to unspecified delays in court proceedings, expert retention, and discovery delays due to the ongoing pandemic. *See* Docket No. 9 at 2. Without further elaboration, the Court is not persuaded that the requested discovery period is reasonable in this case. Accordingly, the discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by October 12, 2021.

    IT IS SO ORDERED.

    Dated: October 6, 2021

                                                                               Nancy J. Koppe<br>                                                                              United States Magistrate Judge