**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar #12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AISHA INISE BELL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.; a foreign corporation d/b/a WALMART; DOE WORKER, an individual; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01557-ART-NJK<br><br>ORDER APPROVING<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COME NOW Plaintiff, AISHA INISE BELL ("Plaintiff") by and through her counsel of record, the law firm of Dimopoulos Injury Law, and Defendant, WALMART, INC. ("Defendant") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action.

///

///

///

The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 3rd day of August, 2022.

**DIMOPOULOS INJURY LAW**

/s/ Paul A. Shpirt
STEVE DIMOPOULOS, ESQ.
PAUL A. SHPIRT, ESQ
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

DATED this 3rd day of August, 2022.

**ALVERSON TAYLOR & SANDERS**

/s/ Patrice Stephenson-Johnson
KURT R. BONDS, EDQ/
PATRICE STEPHENSON-JOHNSON
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
*Attorneys for Defendant*

**ORDER**

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 5th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE
Anne R. Traum